

WWW.RIVKINRADLER.COM

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

September 12, 2012

**By ECF**
Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

    Re:   **Government Employees Insurance Co., et al. v. Akpinar, et al.**
           **Docket No. CV 11-4667 (JG)(JO)**
           **Our File No.:  005100-00074**

Dear Judge Gleeson:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "GEICO" or "Plaintiffs") in the above-referenced matter.

During today's argument regarding Plaintiffs' Order to Show Cause, the Court indicated that it wanted Plaintiffs to file the Order to Show Cause, supporting memorandum of law, and my supporting declaration publicly, via the Court's ECF system. However, the Court further indicated that – given the sensitive nature of some of the exhibits to my supporting declaration – Plaintiffs should file the exhibits under seal.

In keeping with the Court's instructions, we have filed the Order to Show Cause, memorandum of law, and my supporting declaration (without the exhibits) electronically, and notice of the filing has been sent to counsel of record via the ECF system. We expect to file the exhibits under seal in the coming day.

926 RXR Plaza
Uniondale, NY  11556
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY  10022
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ  07601
T 201.287.2460
F 201.489.0495



Honorable John Gleeson
September 12, 2012
Page 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ Max Gershenoff

Max Gershenoff (MG 4648)

cc:     Barry I. Levy, Esq.
        All counsel via ECF