UNITED STATES DISTRICT COURT            NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK

---

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

                        Plaintiffs,            ORDER
                                                                         11-CV-4667
                - versus -

BULENT AKPINAR, D.D.S. a/k/a BILL AKPINAR, D.D.S., and NORTH SHORE CRANIOFACIAL CARE P.C.,

                        Defendants.

---

JOHN GLEESON, United States District Judge:

        On October 2, 2012 this Court ordered Defendants Bulent Akpinar DDS a/k/a Bill Akpinar and North Shore Craniofacial Care P.C. to appear in court in person (the latter through counsel) on October 4, 2012, at 2:30 PM to show cause why they should not be adjudged in contempt of this Court's order of September 27, 2012 directing Defendants to comply with Plaintiffs' Motion for Disclosure by September 28, 2012 at 3:00 PM. "Civil contempt is designed to force the contemnor to comply with an order of the court." *Willy v. Coastal Corp.*, 503 U.S. 131, 139 (1992).

        Neither Defendants nor their counsel appeared, and there is ample basis to believe that the required disclosures have not been made. Thus, I adjudicate Defendant Bulent Akpinar DDS a/k/a Bill Akpinar in contempt, and, pursuant to 28 U.S.C. § 1826, a warrant shall issue for his arrest by the United States Marshal. Further, I adjudicate North Shore Craniofacial Care P.C. in contempt, and I order a civil contempt sanction in the amount of $500 per day, beginning October 4, 2012, until the contempt order is vacated.

        So ordered.

2

                                       John Gleeson, U.S.D.J.

Dated:  October 4, 2012
         Brooklyn, New York