UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
GOVERNMENT EMPLOYEES
INSURANCE CO.,
GEICO INDEMNITY CO.,
GEICO GENERAL INSURANCE CO.,
and GEICO CASUALTY CO.,

                        Plaintiffs,

- against -

BULANT AKPINAR, D.D.S. a/k/a
BILL AKPINAR, D.D.S., and
NORTH SHORE CRANIOFACIAL
CARE, P.C.,

                        Defendants.
-----------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No.: 11-cv-04667 (JG)(JO)

Hon. John Gleeson

PLEASE TAKE NOTICE that the undersigned counsel, David M. Barshay, hereby appears on behalf of the Defendants/Counter-Claimants in the above referenced action.

I certify that I am authorized to practice in this Court.

                        Respectfully submitted,

                        By: /s/ David M. Barshay
                            David M. Barshay
                            The Barshay Law Firm, PLLC
                            *Attorneys for Defendants*
                            100 Garden City Plaza, Suite 500
                            Garden City, New York 11530
                            Tel: (516) 741-4799, ext.

October 8, 2012             Fax: (516) 741-3777 (not for service)
                            Email: DBarshay@BakerSanders.com